**ALD-093**                                                                    **January 25, 2013**
     UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **12-3098**

ALBERT C. HAIRSTON, Appellant

   VS.

ROY L. HENDRICKS et al.

   (D.N.J. Civ. No. 2-99-cv-05225)

Present: SLOVITER, VANASKIE and WEIS, Circuit Judges

        Submitted are:

        (1)     Appellant's request for a certificate of appealability under 28
                U.S.C. § 2253(c)(1); and

        (2)     Appellees' response

                in the above-captioned case.

                                Respectfully,


                                Clerk


MMW/DLG/cjg
_____ORDER_____
The foregoing application for a certificate of appealability (COA) is GRANTED on
ground two of Hairston's habeas corpus petition: whether the prosecution's use of juror
challenges violated Hairston's constitutional rights under the test articulated in Batson v.
Kentucky, 476 U.S. 79 (1986). See, e.g., Coombs v. Diguglielmo, 616 F.3d 255, 263 (3d
Cir. 2010). On this ground only, we find that Hairston has met his burden of making "a
substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); see
also Miller-El v. Cockrell, 537 U.S. 322, 335 (2003) (COA should be granted when the
District Court's "resolution was debatable amongst jurists of reason" or "the issues
presented [in the petition] were adequate to deserve encouragement to proceed further")
(internal quotation marks, citations omitted). The remainder of Hairston's COA

application is denied.[1]

By the Court,


s/ Thomas I. Vanaskie
Circuit Judge

Dated:  April 15, 2013

JT/cc:  FPD, Newark
        Sara B. Liebman, Esq.
        Mr. Albert C. Hairston

---

[1] Judge Weis would deny the motion in its entirety.  He is persuaded that the jury verdict was compelled by the overwhelming evidence of guilt and not by racial prejudice.  He also concludes that the voir dire conducted by the trial court complies with the requirements set out in Batson."