OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK**<br> | U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small><br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA  19106-1790<br>Website: www.ca3.uscourts.gov | TELEPHONE<br>215-597-2995 |

January 13, 2014

Alison Brill Esq.
Richard Coughlin Esq.
Sara B. Liebman Esq.

RE: Albert Hairston v. Roy Hendricks, et al
Case Number: 12-3098
District Case Number: 2-99-cv-05225

Dear Counsel:

The above-entitled case(s) has/have been tentatively listed on the merits on **Tuesday, March 4, 2014** in **PHILADELPHIA, PA.**  It may become necessary for the panel to move this case to another day within the **week of March 3, 2014.** Counsel will be notified if such a change occurs.

The panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) No later than one (1) week prior to the disposition date you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Counsel shall file an acknowledgment form **within s**even **(7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition, please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.

The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Tiffany Washington*
Tiffany Washington, Calendar Clerk
267-299-4905