<u>9:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19th FLOOR)</u>

<u>THURSDAY, MARCH 6, 2014</u>

<u>Coram: RENDELL, SMITH and HARDIMAN, Circuit Judges</u>

<u>Nos. 13-2876/13-2877/13-2878</u>

UNITED STATES OF AMERICA
v.
THERESA M. THORNHILL,
Appellant

| <u>Counsel for Appellant</u> | <u>Counsel for Appellee</u> |
|---|---|
| ELISA A. LONG | MICHAEL L. IVORY |
| (15 minutes per Court) | (15 minutes per Court) |

<u>No. 13-1836</u>

UNITED STATES OF AMERICA
v.
JOHN BENCIVENGO,
Appellant

| <u>Counsel for Appellant</u> | <u>Counsel for Appellee</u> |
|---|---|
| JEROME A. BALLAROTTO | STEVEN G. SANDERS |
| (15 minutes per Court) | (15 minutes per Court) |

<u>No. 12-3098</u>

ALBERT C. HAIRSTON,
Appellant
v.
ROY L. HENDRICKS;
ATTORNEY GENERAL
OF THE STATE
OF NEW JERSEY

continued…

PAGE TWO – CONTINUED                           THURSDAY, MARCH 6, 2014

Coram: RENDELL, SMITH and HARDIMAN, Circuit Judges

No. 12-3098 -Continued

Counsel for Appellant                          Counsel for Appellees

ALISON BRILL                                   SARA B. LIEBMAN

(15 minutes per Court)                         (15 minutes per Court)

_____

S U B M I T T E D

No. 08-3934
Pursuant to 3rd Cir. LAR 34.1(a)

LUCILO FEDERICO BARONA,
Appellant
v.
UNITED STATES ATTORNEY
GENERAL; EDWARD J. MCELROY,
New York District Director
for I.N.S.; ANDREA QUARANTILLO,
New Jersey District Director
for I.N.S.; IMMIGRATION
& NATURALIZATION SERVICE
_____

No. 13-2111
Pursuant to 3rd Cir. LAR 34.1(a)

JAMES KERRIGAN,
Appellant
v.
OTSUKA AMERICA
PHARMACEUTICAL, INC.;
MARK ALTMEYWE
_____

No. 13-2171
Pursuant to 3rd Cir. LAR 34.1(a)

In re: VICTOR MONDELLI,
Appellant

PAGE THREE – CONTINUED                    THURSDAY, MARCH 6, 2014

Coram: RENDELL, SMITH and HARDIMAN, Circuit Judges

S U B M I T T E D

No. 13-2433
Pursuant to 3rd Cir. LAR 34.1(a)

MIMI MA,
   Appellant
v.
WESTINGHOUSE
ELECTRIC
COMPANY, LLC

_____

No. 13-2668
Pursuant to 3rd Cir. LAR 34.1(a)

NORTHEAST LAND
DEVELOPMENT, LLC,
   Appellant
v.
CITY OF SCRANTON;
JUDY GATELLI;
WILLIAM COURTRIGHT;
JANET EVANS;
SHARON NEALON
FANUCCI; ROBERT
MCTIERNAN

_____

No. 13-3062
Pursuant to 3rd Cir. LAR 34.1(a)

RALPH P. BLAKNEY,
   Appellant
v.
CITY OF PHILADELPHIA;
LINDA TURNER;
LYNN SPIRO;
JOHN DOES 1-10