UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-3098
_____

ALBERT C. HAIRSTON,
                             Appellant

v.

ROY L. HENDRICKS; ATTORNEY GENERAL
OF THE STATE OF NEW JERSEY

_____

On Appeal from the United States District Court
for the District of New Jersey
(D. C. No. 2-99-cv-05225)
District Judge:  Honorable Katharine S. Hayden
_____

Argued March 6, 2014
Before:  RENDELL, SMITH and HARDIMAN, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued by counsel on March 6, 2014.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the District of New Jersey entered July 9, 2012, be and the same is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.[1]

---

[1] It is noted that Chief Judge McKee and Judge Greenway voted for rehearing en banc.

Costs taxed against Appellant.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: September 3, 2014