UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-3098
_____

ALBERT C. HAIRSTON,

Appellant

v.

ROY L. HENDRICKS; ATTORNEY GENERAL
OF THE STATE OF NEW JERSEY

_____

(D.N.J. NO. 2-99-cv-05225)
_____

SUR PETITION FOR REHEARING
_____

Present: McKEE, <u>Chief</u> <u>Judge</u>, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ, and KRAUSE, <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.[1]

BY THE COURT,

s/Thomas M. Hardiman
Circuit Judge

Dated: September 30, 2014
CJG/cc:　　Alison Brill, Esq.
　　　　　　Richard Coughline, Esq.
　　　　　　Sara B. Liebman, Esq.

---

[1] It is noted that Chief Judge McKee, Judge Rendell, Judge Ambro and Judge Greenaway, Jr. would have granted rehearing en banc.